

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 17, 2019

**By ECF**

The Honorable Deborah A. Batts
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Darrel Harris*, **19 CR 300 (DAB)**

Dear Judge Batts,

    The Government respectfully writes to request on a joint basis with the defendant a further extension of the motion schedule set by order of the Court on October 24, 2019. Since that date, based on further discovery from the Government, the defendant now believes that an additional sixty days is required to prepare and file his anticipated motion. Mindful of the defendant's detention, the Government requests a corresponding extension for its response of only thirty days, after which the defendant requests an additional fifteen days for his reply. With a corresponding adjournment of fifteen days or whatever length is most convenient for the Court for the conference on the fully-briefed motion, the revised schedule that the parties propose is set out below:

*granted DAB 12/19/19*

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Defendant's Motion | December 19, 2019 | February 18, 2020 |
| Government's Response | March 26, 2020 | April 24, 2020 |
| Defendant's Reply | April 30, 2020 | May 15, 2020 |
| Conference | June 2, 2020 *DAB* | June 19, 2020 |

With the consent of the defendant, the Government further respectfully requests that the Court exclude time under the Speedy Trial Act from April 30, 2020 through the date of any granted adjournment of the conference pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the defendant and the public in a speedy trial are outweighed here by the ends of justice served by allowing the defendant to prepare and file his motion, which is anticipated to raise a challenge of

**SO ORDERED**

*Deborah A. Batts*  12/19/19
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

first impression within this district to the admission of certain evidence relating to DNA, and for the parties to fully brief that motion before the Court.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Robert Baum (Federal Defenders of New York, Inc.) (by ECF)
Christopher Flood (Federal Defenders of New York, Inc.) (by email)
Tamara Giwa (Federal Defenders of New York, Inc.) (by email)