```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA                                :
                                                        :
                                                        :
              -against-                                 :        19-CR-300 (VSB)
                                                        :
                                                        :               **ORDER**
                                                        :
DARREL HARRIS,                                          :
                                                        :
                        Defendant.                      :
--------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

    As Counsel may be aware, this case was recently reassigned to the undersigned on February 11, 2020. All deadlines and schedules ordered by Judge Batts remain in effect. Further, the conference scheduled for June 19, 2020 is scheduled for 2:30 p.m.

    In addition, the parties shall provide the Court with courtesy copies of the briefing in connection with Defendant's most recent motion, Document 30, once the briefing is complete.

    SO ORDERED.

Dated:   February 25, 2020
           New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge