# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 9, 2020

**By ECF**
Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 3/10/2020

Re: United States v. Darrel Harris, 19 Cr. 300 (VSB)

Dear Judge Broderick:

We write to request that our motion to exclude DNA evidence, previously filed on February 18, 2020 (ECF No. 31) be removed from ECF and replaced with the attached motion. The Government, by AUSA Thomas Wright, does not object to this request.

Thank you for your understanding.

Sincerely,

Tamara Giwa
Robert Baum
Christopher Flood
Assistant Federal Defenders
Federal Defenders of New York
(212) 417-8719

Cc: AUSA Thomas Wright (via ECF)