

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 17, 2020

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 4/20/2020

Re:   *United States v. Darrel Harris*, 19 CR 300 (DAB)

Dear Judge Broderick,

    The Government respectfully writes to request with the consent of the defendant a two-week extension of the current briefing schedule on the defendant's pending motion, as filed on March 9, 2020, due to certain complications that have arisen in connection with the arrival of the coronavirus pandemic in the metropolitan area of the City of New York.  The parties are next scheduled to appear before the Court on June 19, 2020 at 2:30 PM.

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Government's Response | April 24, 2020 | May 8, 2020 |
| Defendant's Reply | May 15, 2020 | May 29, 2020 |

                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                           By: *Thomas John Wright*
                               Thomas John Wright
                               Assistant United States Attorney
                               (212) 637-2295

cc: Robert Baum (Federal Defenders of New York, Inc.) (by ECF)
    Christopher Flood (Federal Defenders of New York, Inc.) (by email)
    Tamara Giwa (Federal Defenders of New York, Inc.) (by email)