UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA                  :
                                          :
        -v-                               :
                                          :         19-CR-300 (VSB)
DARREL HARRIS,                            :
                                          :            ORDER
                        Defendant.        :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

On May 15, 2020, Defendant Darrel Harris ("Defendant" or "Harris") filed a motion asking me to release him temporarily pursuant to Title 18, United States Code, Section 3142(i). (Doc. 38.) I am also in receipt of the Government's letter of May 19, 2020, in opposition to Defendant's motion, (Doc. 39), and Defendant's reply letter dated May 20, 2020, (Doc. 40). On July 16, 2020, Judge Deborah A. Batts ordered Defendant detained based upon his danger to the community. (Doc. 22 at 5:13-6:8.) It is hereby

ORDERED that the parties should inform me in a joint letter filed on or before June 17, 2020, whether or not an in person, video or telephonic conference on Defendant's motion is required;

IT IS FURTHER ORDERED that the parties inform me in that same joint letter filed on or before June 17, 2020, if a hearing is not required but Defendant still requests a hearing on his motion, whether Defendant will waive his presence at a telephonic detention hearing; and

IT IS FURTHER ORDERED that if a hearing is not required but Defendant requests a hearing and Defendant waives his appearance the Court will hold a hearing on Defendant's motion on June 19, 2020 at 2:30 p.m.

SO ORDERED.

Dated:   June 15, 2020
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge