**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 20, 2020

*Via ECF*

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  7/24/2020

Re:  *United States v. Darrel Harris*
     19 Cr. 300 (VSB)

Honorable Judge Broderick:

I write on behalf of Mr. Darrel Harris to respectfully withdraw the Defendant's February 18, 2020 motion seeking an order excluding evidence pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

Respectfully submitted,

/s/
Robert Baum
Tamara Giwa
Christopher Flood
Counsel for Mr. Harris

cc:   AUSA Thomas John Wright (by ECF)