**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 24, 2020

> APPLICATION GRANTED
> SO ORDERED
> VERNON S. BRODERICK
> U.S.D.J. 7/24/2020
>
> The status conference scheduled for July 27, 2020 is hereby adjourned to September 9, 2020 at 10:30 a.m. The adjournment is necessary to afford an opportunity for the defendant to consider with counsel a possible pre-trial disposition. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between July 27, 2020 and September 9, 2020 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161 (h)(7)(A), in the interest of justice.

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**   *United States v. Darrel Harris*, **19 CR 300 (VSB)**

Dear Judge Broderick,

    The Government writes on behalf of the parties to respectfully request that the Court adjourn for approximately 45 days the conference scheduled for July 27, 2020 to a date and time that is convenient for the Court. In light of the defendant's withdrawal of his pending suppression motion earlier this week, the parties request this adjournment in order to afford an opportunity for the defendant to consider with counsel a possible pre-trial disposition. In advance of any conference, the parties can advise the Court as to whether a change of plea is anticipated. With the consent of the defendant, the Government also requests that the Court exclude time under the Speedy Trial Act from July 27, 2020 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having sufficient time to consider with counsel a possible pre-trial disposition amidst the conditions of the ongoing national emergency.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

    By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc:  Robert Baum (Federal Defenders of New York, Inc.) (by ECF)
     Christopher Flood (Federal Defenders of New York, Inc.) (by ECF)
     Tamara Giwa (Federal Defenders of New York, Inc.) (by ECF)