UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :     19-CR-300 (VSB)
                                     :
            -v-                      :     ORDER
                                     :
DARREL HARRIS,                       :
                    Defendant.       :
                                     :
-------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    It is hereby ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated:  February 07, 2024
        New York, New York

_____
VERNON S. BRODERICK
United States District Judge