U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 21, 2024

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **APPLICATION GRANTED**
> **SO ORDERED**
> **VERNON S. BRODERICK**
> **U.S.D.J.**  06/24/2024
>
> The status conference scheduled for June 24, 2024 is hereby adjourned to August 20, 2024 at 11:00 AM.

Re:   *United States v. Darrel Harris*, S1 19 CR 300 (VSB)

Dear Judge Broderick,

    The Government respectfully writes on behalf of the parties to request an adjournment of the conference in the above-captioned violation of supervised release proceedings scheduled for June 24, 2024 at 12:00 PM to a date and time of convenience for the Court during the weeks of either Monday, August 5, 2024 or Monday, August 12, 2024. In short, Mark Gombiner, Esq., counsel to the defendant, informs the Government that he is on trial and unable to appear for the conference. For this reason and because the parties believe that an adjournment is otherwise appropriate, the parties respectfully request the contemplated adjournment, which will carry the appearance past the next appearance in parallel state court proceedings on July 29, 2024.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _Thomas John Wright_
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Mark Gombiner (Federal Defenders of New York, Inc.) (by ECF)
    Amber Wilton (United States Probation Officer) (by email)