

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 3, 2025

**By ECF**

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 10/06/2025

The status conference scheduled for October 7, 2025 is hereby adjourned to January 13, 2026 at 11:00 AM.

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *United States v. Darrel Harris*, S1 19 CR 300 (VSB)

Dear Judge Broderick,

    The Government respectfully writes on behalf of the parties to request a further adjournment of the conference in these violation of supervised release proceedings on October 7, 2025 at 2:00 PM for approximately three months to a date and time of convenience to the Court in or about the week of January 12, 2026 or thereafter. The parallel state court case in which the defendant is indicted for attempted murder, in violation of New York Penal Law §§ 110.00 and 125.25(1), is now calendared for hearing and trial on October 9, 2025. Although the case may not proceed to trial on that date, because all other pretrial proceedings have concluded, the parties anticipate that resolution of the case is likely to occur by the end of the year. Because the parties remain of the belief that it is advantageous for the state court case to conclude before a next appearance before the Court, which will conserve judicial resources, the parties request this further extended adjournment and will plan to provide a similar status update in advance of the next appearance to advise the Court of the posture of the state court case and the consequent view of the parties as to the relative advantage of proceeding with that appearance or once more seeking a further adjournment of it. In the event of a pretrial disposition or trial verdict in the state court proceedings, the parties will request, of course, to advance any adjourned conference here.

                       Respectfully submitted,

                       Jay Clayton
                       United States Attorney

              By: *Thomas John Wright*
                   Thomas John Wright
                   Assistant United States Attorney
                   (212) 637-2295

cc: Mark Gombiner (Federal Defenders of New York, Inc.) (by ECF)
    Amber Wilton (United States Probation Officer) (by email)