**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 12, 2026

**By ECF**

APPLICATION GRANTED
SO ORDERED *Ven Bra*
**VERNON S. BRODERICK**
**U.S.D.J.** 01/13/2026

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

The status conference scheduled for January 13, 2026
is hereby adjourned to March 13, 2026 at 12:00 PM.

Re: *United States v. Darrel Harris*, S1 19 CR 300 (VSB)

Dear Judge Broderick,

The Government respectfully writes on behalf of the parties to request a further adjournment of the conference in these violation of supervised release proceedings on January 13, 2026 at 11:00 AM for approximately two months to a date and time of convenience to the Court in or about the week of March 9, 2026 or thereafter. The parallel state court case in which the defendant is indicted for attempted murder, in violation of New York Penal Law §§ 110.00 and 125.25(1), is now calendared for hearing and trial on January 22, 2026. As in the past, although the case may not proceed to trial on that date, because all other pretrial proceedings have concluded, the parties anticipate that resolution of the case will occur through a trial. Because the parties remain of the belief that it is advantageous for the state court case to conclude before a next appearance before the Court, which will conserve judicial resources, the parties request this further adjournment and will plan to provide a similar status update in advance of the next appearance to advise the Court of the posture of the state court case and the consequent view of the parties as to the relative advantage of proceeding with that appearance or once more seeking a further adjournment of it. In the event of a pretrial disposition or trial verdict in the state court proceedings, the parties will request, of course, to advance any adjourned conference here.

Respectfully submitted,

Jay Clayton
United States Attorney

By: _Thomas John Wright_
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Mark Gombiner (Federal Defenders of New York, Inc.) (by ECF)
    Amber Wilton (United States Probation Officer) (by email)