UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                               :

UNITED STATES OF AMERICA     :

               :

     -v-             :

              :          19-CR-300 (VSB)

DARREL HARRIS,         :

              :          **ORDER**

          Defendant.  :

              :

--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of the Probation Officer's email stating that Defendant's trial in the

parallel state case is adjourned until April 21, 2026.  Accordingly, it is hereby ORDERED that

the conference in these violation of supervised release proceedings scheduled for March 13, 2026

is adjourned until May 5, 2026 at 11:00 a.m.

SO ORDERED.

Dated:  March 9, 2026
        New York, New York

                                  Vernon S. Broderick
                                  United States District Judge

1