# Federal Defenders
## OF NEW YORK, INC.

Southern District

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director and*
*Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

April 5, 2026

Hon. Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, New York 10007

A bail hearing is scheduled for April 7, 2026 at 2:30 PM.

SO ORDERED:

*[signature]* 04/06/2026
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Re: **United States v. Darrel Harris**
    **19 Cr. 300 (VSB)**

Your Honor:

We urgently request that the Court schedule an immediate bail hearing for Mr. Harris. The government is available on Tuesday, April 7, 2026. If the Court is not available on that date, we request that the application be referred to Magistrate's Court.

Mr. Harris is currently incarcerated at the Metropolitan Detention Center pending a hearing on a February 6, 2026 Violation of Supervised Release Petition. The Petition alleges 5 violations related to criminal charges pending in Bronx County Supreme Court for an alleged August 23, 2023 assault.

On February 7, 2024, Mr. Harris was remanded to custody following his presentment on the Petition in this Court.

Mr. Harris's state court trial has been repeatedly adjourned.    The trial is now scheduled to start on April 21, 2026.

With the consent of counsel and the government, the hearing on the V.O.S.R. petition has been adjourned several times to await the outcome of the state court trial.

Title 18, U.S.C. sec. 922 (g) [the underlying crime of conviction] is a Class C felony.    I have now realized that Mr. Harris has been in custody on the pending V.O.S.R. charges for longer than the two year maximum term of incarceration authorized for a supervised release violation of a Class C felony. Title 18, U.S.C. sec. 3583 (e).

2

Thank you for attention to this matter.

Respectfully submitted,

Mark B. Gombiner
Attorney for Darrel Harris

Cc: AUSA Thomas J. Wright

2