

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 16, 2026

**APPLICATION GRANTED**
**SO ORDERED** *Vernon Bra*
**VERNON S. BRODERICK**
**U.S.D.J.**   04/17/2026

The bail hearing scheduled for 4/17/2026 is hereby
adjourned to 4/22/2026 at 1:00 PM.

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *United States v. Darrel Harris*, S1 19 CR 300 (VSB)

Dear Judge Broderick,

The Government respectfully writes on behalf of the parties and Probation to request an adjournment of the conference in these violation of supervised release proceedings from April 17, 2026 at 10:00 AM to April 22, 2026 at 1:00 PM, a date and time that the Government understands is convenient for the Court. The parties are engaged in productive discussions around a possible disposition and believe that the adjournment will facilitate progress in that respect.

Respectfully submitted,

Jay Clayton
United States Attorney

By: *Thomas John Wright*

Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Mark Gombiner (Federal Defenders of New York, Inc.) (by ECF)
Amber Wilton (United States Probation Officer) (by email)