

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 11, 2026

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**    *United States v. Darrel Harris*, **S1 19 CR 300 (VSB)**

Dear Judge Broderick,

      The Government respectfully writes in response to the Order of the Court dated May 11, 2026 (the "05/11 Order"), which took the form of an endorsement. (*See* ECF No. 108). The Order, which was issued initially by email to the parties and Probation at 4:38 PM, (i) directs the Bureau of Prisons ("BOP") to immediately release the defendant from the Metropolitan Detention Center ("MDC"), where he has been detained in the custody of the United States Marshals Service ("USMS") in connection with these still pending violation of supervised release proceedings since February 7, 2024, and (ii) modifies the previously issued Order of the Court dated April 22, 2026 (the "04/22 Order"), which set conditions for the defendant's release. (*See* ECF No. 100).

      As to the implementation of (i), upon receipt of the 05/11 Order, the Government provided it earlier this evening to both representatives of the MDC and the USMS, both of which Ms. Megan Benett, Esq., appointed counsel to the defendant, had earlier alerted to the 05/11 Order at the direction of the Court. In the interim, the Government has confirmed with its counterparts in the Legal Department of the MDC that given the time at which the 05/11 Order was issued, it is not possible for the BOP to implement the 05/11 Order until the start of the day tomorrow, May 12, 2026, because the personnel responsible for lawfully executing such orders within the BOP are not in place to review and process the 05/11 Order today, May 11, 2026, due to the hour of the day.

      As to the implantation of (ii), because the defendant will be released on May 12, 2026 from the custody of the USMS before he has signed any bond, the conditions of release contained in the 04/22 Order, as modified by the 05/11 Order, will have no legal effect until the defendant has signed a bond. At present, the defendant is therefore in practice released on his own recognizance pursuant to 18 U.S.C. § 3142(b), to which the Government and Probation object, on the basis of the record established before the Court on April 22, 2026.

      Because the Court evidently did not intend to release the defendant on his own recognizance but rather on conditions, the Government and Probation respectfully request that the Court further direct the defendant, upon release from the custody of the USMS, to report to the

Magistrate Clerk's Office at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for the purpose of executing a bond that must be amended in multiple respects in order for the intent of the Court in the 05/11 Order to be implemented:

1. The condition that the defendant is to be detained until all conditions are met must obviously be changed to the defendant is to be released, period, with his own signature executed on the bond by May 12, 2026 and all other conditions to be satisfied by May 19, 2026.

2. The condition of a financially responsible co-signer must be changed to a moral suasion co-signer, as the proposed co-signer, Ms. Miracle Harris, the defendant's sister, has not been made available to the Government for the purpose of ascertaining whether she qualifies as a financially responsible co-signer and the Government has no reason to believe that her availability will change at any time, let alone within the seven days that the 05/11 Order contemplates for the defendant to satisfy the remaining conditions contained in the 04/22 Order.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _Thomas John Wright_

Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Amber Wilton (United States Probation Officer) (by email)
Bureau of Prisons (by email)
United States Marshals Service (by email)
Megan Benett (Counsel to Defendant Darrel Harris) (by ECF)

APPLICATION GRANTED
SO ORDERED _Vernon Broderick_
VERNON S. BRODERICK
U.S.D.J.  5/12/2026

As detailed in the Government's request, Defendant, upon release from the custody of the U.S. Marshall Services, is ordered to report to the Magistrate Clerk's Office at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for the purpose of executing a bond amended as follows: (1) Defendant is to be released, with his own signature executed on the bond by May 12, 2026, and all other open conditions to be satisfied by May 19, 2026; and (2) Defendant's sister, Ms. Miracle Harris, is designated as the moral suasion co-signer of the bond, rather than as a financially responsible co-signer.