**‹› KREINDLER**ₗₗₚ

**KREINDLER & KREINDLER LLP  |  485 Lexington Avenue  |  New York, NY 10017-2629**
**office: 212.687.8181  |  fax: 212.972.9432  |  www.kreindler.com**

May 28, 2026

By ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

　　　　Re: *United States v. Darrel Harris*, S1 19 CR 300 (VSB)

Dear Judge Broderick:

　　　　I represent defendant Darrel Harris as to his violation of supervised release and write the Court concerning the upcoming hearing on that matter. Given scheduling issues for the defense, I am conferring with the Government and Probation as to a proposed adjourned date for that hearing, either the week of June 8, 2026 or the week of June 22, 2026. I respectfully ask that this Court adjourn the violation hearing *sine die* until the parties can present a date when they are all available and that is convenient for this Court. I expect that I will be able to propose such a date by Monday June 1, 2026.

　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　 /s/ Megan W. Benett
　　　　　　　　　　　　Megan W. Benett

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  05/28/2026

The hearing scheduled for May 29, 2026, is adjourned *sine die*. The parties are to reach out to my Deputy via email by Monday, June 1, 2026, and propose a new date and time for the hearing.

**New York　　　　　　　　Boston　　　　　　　　Los Angeles**