
**KREINDLER** LLP

**KREINDLER & KREINDLER LLP | 485 Lexington Avenue | New York, NY 10017-2629**

**office: 212.687.8181 | fax: 212.972.9432 | www.kreindler.com**

June 1, 2026

By ECF

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> The Government shall respond to Defendant's submission, including its view on the proposed briefing schedule for the anticipated motion to dismiss, no later than June 3, 2026.  Moreover, in this same response, the Government shall also provide a status update regarding the discovery it has produced to the defense.
>
> SO ORDERED:
>
> *[signature]*
>
> HON. VERNON S. BRODERICK
> UNITED STATES DISTRICT JUDGE
>
> Date: June 1, 2026

Re: *United States v. Darrel Harris*, S1 19 CR 300 (VSB)

Dear Judge Broderick:

I represent defendant Darrel Harris in connection with the pending violation of supervised release (VOSR) and follow up regarding the adjourned VOSR hearing.  The defense intends to file a motion to dismiss the VOSR and in light of that, and after consultation with my client, I respectfully request that this Court set the following schedule:

1. Defense motion to dismiss the violations to be filed by June 5;
2. Government opposition to be filed by June 12; and
3. Oral argument and/or hearing on the VOSR any date after June 23.

After attempting to discuss the above proposal with the Government by telephone last week and this morning, I corresponded by email with assistant U.S. attorney Thomas John Wright this afternoon, who advised me that the Government will ask to proceed with the VOSR on June 8.  I note that I have asked Mr. Wright for any Rule 16 discovery in connection with the VOSR and have asked Probation Officer Wilton for the Probation Department file, but have not received any response to either request.  Mr. Wright has said that the Government may respond ("as appropriate, if at all") to my scheduling request.

As a final matter, in terms of calendaring, I will be out of the country June 12 – 22.  In order to allow Mr. Harris an opportunity for this Court to consider his motion to dismiss, I respectfully request that this Court so-order the scheduling request as set forth above. I further request that this Court direct the Government and the Probation Department to promptly produce all Rule 16 discovery and the Probation Department file on Mr. Harris.

Respectfully,

/s/ Megan W. Benett
Megan W. Benett

cc:    All counsel of record via ECF
       Probation Officer Amber Wilton via email

**New York**              **Boston**              **Los Angeles**