UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA                                :
                                                        :
            -v-                                         :
                                                        :           19-CR-300 (VSB)
DARREL HARRIS,                                          :
                                                        :              **ORDER**
                              Defendant.                :
                                                        :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On June 4, 2026, I issued an order directing: (1) Defendant Darrel Harris to file his motion to dismiss the violation of supervised release proceeding ("VOSR") by June 5, 2026; (2) the Government to file its opposition brief by June 12, 2026; and (3) the parties to appear before me for the VOSR hearing on June 23, 2026. (Doc. 119.) While Defendant has filed his motion to dismiss, to date, the Government has not yet filed its opposition. Moreover, the parties have indicated that they seek to adjourn the June 23, 2026 VOSR hearing.

Accordingly, it is hereby ORDERED that the scheduled VOSR hearing is adjourned *sine die*. The Government is ordered to file its opposition by July 2, 2026. Moreover, the parties are directed to propose a new date for the VOSR hearing that falls after July 6, 2026.

SO ORDERED.

Dated:  June 22, 2026
        New York, New York

                                        Vernon S. Broderick
                                        United States District Judge

1