UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DARREL HARRIS,<br><br>Defendant. | 19-CR-300 (VSB)<br><br>**ORDER** |

VERNON S. BRODERICK, United States District Judge:

On June 5, 2026, Defendant filed his motion to dismiss the violation of supervised release proceeding ("VOSR"). (Doc. 120.) On July 7, 2026, the Government filed its opposition letter and indicated that the U.S. Probation Office and the Government are both available for a VOSR hearing on July 29, 2026. (Doc. 126.) Accordingly, the parties shall appear before me for a VOSR hearing on July 29, 2026 at 2:00 p.m. Moreover, I shall issue a ruling on Defendant's motion to dismiss at this hearing.

SO ORDERED.

Dated: July 9, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge